IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **RICHARD E. PETERSEN,** | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:11-CV-348 (MTT) |
| **ALDERWOODS GROUP, INC.,** *et al.*, | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on the Defendants' Motion to Dismiss. (Doc. 9). This case was transferred to this Court from the United States District Court for the Northern District of California. (Doc. 1). On October 20, 2011, the Court dismissed the transferred complaint without prejudice to the filing of an amended complaint which alleged proper causes of action in this district. (Doc. 7). Any amended complaint was to be filed on or before January 17, 2012. The Plaintiff has not filed an amended complaint nor has he responded to the Defendants' Motion to Dismiss.

Accordingly, pursuant to the Court's October 20, 2011, Order, and because the Plaintiff has failed to file an amended complaint within the allotted timeframe, the Defendants' Motion to Dismiss is **granted** and this matter is **dismissed with prejudice**.

**SO ORDERED,** this 20th day of March, 2012.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT